MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ARMOND BASS,<br><br>Defendant. | CASE NO. 2:25-CR-00017-DJC<br><br>STIPULATION TO CONTINUANCE OF STATUS CONFERENCE, EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER.<br><br>DATE: April 24, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. DANIEL J. CALABRETTA |
|---|---|

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status conference on April 24, 2025.

2. By this stipulation, the United States now moves to continue the status conference until May 29, 2025, at 9:00 a.m., and to exclude time between April 24, 2025, and May 29, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes investigative reports and memorandums in documentary form totaling over six hundred pages, several hours of video and audio footage, as well as physical evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and

copying.

       b)      Counsel for defendant desires additional time to consult with her client, review the provided discovery materials, discuss potential resolutions with her client, and otherwise prepare for trial.

       c)      Counsel for defendant does not object to the continuance.

       d)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

       e)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 24, 2025 to May 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at the government's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  April 21, 2025                                           MICHELE BECKWITH
                                                                          Acting United States Attorney

                                                                          /s/ CHARLES CAMPBELL
                                                                          CHARLES CAMPBELL
                                                                          Assistant United States Attorney

Dated:  April 21, 2025                                           /s/ NOA OREN
                                                                          NOA OREN
                                                                          Counsel for Defendant
                                                                          ARMOND BASS

**ORDER**

IT IS SO FOUND AND ORDERED this 21st day of April, 2025.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE