MICHELE BECKWITH
Acting United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>                        v.<br><br>ARMOND BASS,<br><br>                                        Defendant. | CASE NO.  2:25-CR-00017-DJC<br><br>STIPULATION TO CONTINUANCE OF STATUS CONFERENCE, EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER.<br><br>DATE: May 29, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. DANIEL J. CALABRETTA |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for a status conference on May 29, 2025.

2.      By this stipulation, the United States now moves to continue the status conference until June 26, 2025, at 9:00 a.m., and to exclude time between May 29, 2025, and June 26, 2025, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government has represented that the discovery associated with this case includes investigative reports and memorandums in documentary form totaling over six hundred pages, several hours of video and audio footage, as well as physical evidence. All of this discovery has been either produced directly to counsel and/or made available for inspection and

1  copying.

2      b)    Counsel for defendant desires additional time to consult with her client, review

3  the provided discovery materials, discuss potential resolutions with her client, and otherwise

4  prepare for trial.

5      c)    Counsel for defendant does not object to the continuance.

6      d)    Based on the above-stated findings, the ends of justice served by continuing the

7  case as requested outweigh the interest of the public and the defendant in a trial within the

8  original date prescribed by the Speedy Trial Act.

9      e)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

10  et seq., within which trial must commence, the time period of May 29, 2025 to June 26, 2025,

11  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]

12  because it results from a continuance granted by the Court at the government's request on the

13  basis of the Court's finding that the ends of justice served by taking such action outweigh the

14  best interest of the public and the defendant in a speedy trial.

15      4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

16  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

17  must commence.

18      IT IS SO STIPULATED.

19

20

21  Dated:  May 20, 2025                    MICHELE BECKWITH
                                           Acting United States Attorney

22

23                                         /s/ CHARLES CAMPBELL
                                           CHARLES CAMPBELL
24                                         Assistant United States Attorney

25

26  Dated:  May 20, 2025                    /s/ NOA OREN
                                           NOA OREN
27                                         Counsel for Defendant
                                           ARMOND BASS

28

1

2                              **ORDER**

3    IT IS SO FOUND AND ORDERED this 21st day of May, 2025.

4

5                                        /s/ Daniel J. Calabretta

6                                        THE HONORABLE DANIEL J. CALABRETTA
                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28