HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ARMOND BASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ARMOND BASS,<br><br>Defendant. | Case No.   2:25-cr-00017-DJC<br><br>STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER<br><br>DATE: December 11, 2025<br>TIME:   9:00 a.m.<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney, through Charles Campbell, Attorneys for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Noa Oren, Attorney for Defendant Armond Bass, that the sentencing hearing currently set for December 11, 2025, be continued to **December 18, 2025, at 9:00 a.m.** Counsel for the defense needs to attend to some personal matters and the parties agree that a continuance is appropriate.

U.S Probation joins in the request to move the date to December 18, 2025.

The parties further request that the PSR schedule be modified with the new sentencing date, as follows:

| | |
|---|---|
| Formal Objections due: | December 4, 2025 |
| Reply/Non-Opposition due: | December 11, 2025 |
| Judgment & Sentencing due: | December 18, 2025 |

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
|   |   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 21, 2025 |   | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>PATRICIA GUIZAR |
| Date: November 21, 2025 |   | ERIC GRANT<br>United States Attorney |
|   |   | */s/ Charles Campbell*<br>CHARLES CAMPBELL<br>Assistant U.S. Attorneys<br>Attorneys for Plaintiff |

## ORDER

IT IS HEREBY ORDERED, the Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

**IT IS SO ORDERED.**

Dated:  November 21, 2025          /s/ Daniel J. Calabretta
                                   _____
                                   THE HONORABLE DANIEL J. CALABRETTA
                                   UNITED STATES DISTRICT JUDGE