HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
ARMOND BASS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.   2:25-cr-00017-DJC |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING AND MODIFY PRESENTENCE SCHEDULE; ORDER |
| vs. | |
| ARMOND BASS, | DATE:   December 18, 2025 |
| Defendant. | TIME:   9:00 a.m. |
| | JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by and between Eric Grant, United States Attorney,

through Charles Campbell, Attorneys for Plaintiff, and Heather Williams, Federal Defender,

through Assistant Federal Defender Noa Oren, Attorney for Defendant Armond Bass, that the

sentencing hearing currently set for December 18, 2025, be continued to **February 26, 2026, at**

**9:00 a.m.** Counsel for the defense needs to order additional records pertaining to her client and it

will take additional time to receive those records, do an independent review and then review with

her client.

U.S Probation joins in the request to move the date to February 26, 2026.

The parties further request that the PSR schedule be modified with the new sentencing

date, as follows:

Formal Objections due:                                                 February 12, 2026

Reply/Non-Opposition due:                                         February 19, 2026

1     Judgment & Sentencing due:                    February 26, 2026

2

3                                        Respectfully submitted,

4                                        HEATHER E. WILLIAMS
                                         Federal Defender

5     Date: December 2, 2025             */s/ Noa E. Oren*
                                         NOA E. OREN
6                                        Assistant Federal Defender
                                         Attorney for Defendant
7                                        ARMOND BASS

8

9     Date: December 2, 2025             ERIC GRANT
                                         United States Attorney
10

11                                       */s/ Charles Campbell*
                                         CHARLES CAMPBELL
12                                       Assistant U.S. Attorneys
                                         Attorneys for Plaintiff
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BASS: Stipulation and Order to Continue Sentencing/Modify         -2-
PSR Schedule

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED, the Court, having received and considered the parties'

stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as

its order.

**IT IS SO ORDERED.**

Dated:  December 2, 2025                          /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE

BASS: Stipulation and Order to Continue Sentencing/Modify        -3-
PSR Schedule