ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-00017-DJC |
| Plaintiff, | STIPULATION TO VACATE SENTENCING AND SET STATUS CONFERENCE |
| v. | COURT: Hon. Daniel J. Calabretta |
| ARMOND BASS, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      This matter is currently set for sentencing on February 26, 2026.

2.      There is currently a dispute between the parties as to the sentencing guidelines which apply in this case.

a)      As noted in the Pre-Sentence Report (PSR), the defendant has two prior convictions for violating California Penal Code § 273.5(a). The final PSR filed on November 20, 2025, listed these convictions as crimes of violence, which resulted in a 6-point increase in the Base Offense Level (BOL). *See* Dkt. 24, at ¶ 26.

b)      Since the PSR was issued, an *en banc* panel of the 9th Circuit Court of Appeals decided *U.S. v. Gomez*, -- F.4th --, 2026 WL 90274 (9th Cir. 2026). In light of that ruling, the

STIPULATION TO VACATE SENTENCING AND SET
STATUS CONFERENCE

1

defendant has challenged whether his § 273.5(a) convictions still qualify as crimes of violence. *See* Dkt. 29.

3.    The question of whether § 273.5(a) is a crime of violence is currently before the 9th Circuit Court of Appeals in *United States v. Lopez*, USCA 24-3268.  The hearing in that case was stayed pending the outcome of *Gomez*, but the case is currently being considered for oral argument in May 2026.  *See Lopez*, Dkt. No. 34.

4.    The parties anticipate that the outcome of *Lopez* will help this Court determine the correct sentencing guidelines that apply in this case.  Accordingly, the parties request that this Court vacate the sentencing hearing set for February 26, 2026, and set this case for a status conference re Sentencing on July 30, 2026, at 9:00 AM.

IT IS SO STIPULATED.


Dated:  February 18, 2026                                ERIC GRANT
                                                         United States Attorney


                                                         /s/ CHARLES CAMPBELL
                                                         CHARLES CAMPBELL
                                                         Assistant United States Attorney


Dated:  February 18, 2026                                /s/ NOA OREN
                                                         NOA OREN
                                                         Counsel for Defendant
                                                         ARMOND BASS


                                    **ORDER**

IT IS SO FOUND AND ORDERED this 18th day of February 2026.


                                                         /s/ Daniel J. Calabretta
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE


STIPULATION TO VACATE SENTENCING AND SET                 2
STATUS CONFERENCE