ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARMOND BASS,<br>Defendant. | CASE NO. 2:25-CR-00017-DJC<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Charles Campbell, and defendant Armond Bass, by and through defendant's counsel of record, Assistant Federal Defender Noa Oren, hereby stipulate as follows:

1. This matter is currently set for a status conference on July 30, 2026.

2. There is currently a dispute between the parties as to the sentencing guidelines which apply in this case.

   a) As noted in the Pre-Sentence Report (PSR), the defendant has two prior convictions for violating California Penal Code § 273.5(a). The final PSR filed on November 20, 2025, listed these convictions as crimes of violence, which resulted in a 6-point increase in the Base Offense Level (BOL). *See* Dkt. 24, at ¶ 26.

   b) Since the PSR was issued, an *en banc* panel of the 9th Circuit Court of Appeals

decided *U.S. v. Gomez*, -- F.4th --, 2026 WL 90274 (9th Cir. 2026). In light of that ruling, the defendant has challenged whether his § 273.5(a) convictions still qualify as crimes of violence. *See* Dkt. 29.

3. The question of whether § 273.5(a) is a crime of violence is currently before the Ninth Circuit Court of Appeals in *United States v. Lopez*, USCA 24-3268. The Ninth Circuit held oral arguments in *Lopez* on May 21, 2026. *See Lopez*, Dkt. No. 41. The decision in that case has not yet been issued.

4. The parties anticipate that the outcome of *Lopez* will help this Court determine the correct sentencing guidelines that apply in this case. Accordingly, the parties request that this Court continue the status conference set for July 30, 2026 until September 24, 2026.

IT IS SO STIPULATED.

Dated: July 22, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: July 22, 2026

/s/ NOA OREN
NOA OREN
Counsel for Defendant
ARMOND BASS

**ORDER**

IT IS SO FOUND AND ORDERED this 22nd day of July, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE