ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ARMOND BASS,<br>Defendant. | CASE NO. 2:25-CR-17-DJC<br><br>STIPULATION TO VACATE STATUS CONFERENCE AND SET SENTENCING<br><br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Assistant United States Attorney Charles Campbell, and defendant Armond Bass, by and through defendant's counsel of record, Assistant Federal Defender Noa Oren, hereby stipulate as follows:

1. This matter is currently set for a status conference on September 24, 2026.

2. The parties have sought continuances of the sentencing hearing in this case due to a dispute between the parties about whether two of the defendant's prior convictions, violations of California Penal Code § 273.5(a), should be considered crimes of violence.

3. On July 28, 2026, a panel of the Ninth Circuit issued its decision in *United States v. Lopez*, holding that § 273.5 is not a crime of violence. No. 24-3268, 2026 WL 2165840, *5 (9th Cir. July 28, 2026).[1]

[1] The United States believes that *Lopez* was wrongly decided, and the United States disagrees with that opinion's departure from precedent and ultimate conclusion. The United States presently has

4. Accordingly, the parties move to vacate the existing status conference in this case and reset a schedule for sentencing and disclosure of the PSR. The parties propose the following schedule, which was drafted in consultation with the Probation Office:

a) Final PSR Submitted on September 10, 2026

b) Formal Objections to PSR Due on September 17, 2026

c) Reply to Formal Objections Due September 24, 2026

d) Judgement and Sentencing on October 8, 2026, AT 9:00 AM.

IT IS SO STIPULATED.

Dated: August 4, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: August 4, 2026

/s/ NOA OREN
NOA OREN
Counsel for Defendant
ARMOND BASS

until August 11, 2026, to file a petition for rehearing en banc. *See* Fed. R. App. P. 40(d)(1). Despite this disagreement, *Lopez* is currently binding on this Court. *See In re Zermeno-Gomez*, 868 F.3d 1048, 1052 (9th Cir. 2017). And the United States believes this particular sentencing proceeding may go forward.

**ORDER**

IT IS SO FOUND AND ORDERED this 5th day of August, 2026.

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE